# Court of Appeals
# of the State of Georgia

ATLANTA, _October 30, 2025_

*The Court of Appeals hereby passes the following order:*

## A26A0678. ABILENE OLIVERAS v. CUMBERLAND HARBOUR PROPERTY OWNERS ASSOCIATION, INC.

Abilene Oliveras, one of two defendants in this action for injunctive relief and damages, filed this pro se appeal from a trial court order denying the defendants' partial motion for judgment on the pleadings, granting the plaintiff's motion for partial summary judgment, and enjoining the defendants from moving forward on a construction project until they have complied with certain conditions. We lack jurisdiction.

"An order granting summary judgment on any issue or as to any party" generally is directly appealable under OCGA § 9-11-56(h), as is an order granting an interlocutory injunction, under OCGA § 5-6-34(a)(4). Oliveras's notice of appeal, however, is a nullity, as she was represented by counsel when she opposed the plaintiff's motion for summary judgment and moved for judgment on the pleadings, and the record contains no indication that her counsel has withdrawn from representation. See *Romich v. All Secure, Inc.*, 361 Ga. App. 505, 505 (863 SE2d 179) (2021) ("A layperson does not have the right to represent herself and also be represented by an attorney. As a result, a party cannot attempt to represent herself by filing pro se pleadings, while at the same time she is represented by counsel of record.") (citation and quotation marks omitted); *In the Interest of N. C.*, 358 Ga. App. 379, 379 (855 SE2d 379) (2021) (dismissing a direct appeal in a child custody proceeding because the mother's pro se notice of appeal, filed while she was represented by counsel, was a nullity). We therefore lack jurisdiction to consider this

appeal, which is hereby DISMISSED. See *Romich*, 361 Ga. App. at 505; *In the Interest of N. C.*, 358 Ga. App. at 379.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ___10/30/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*